In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property of the FIRST RUSSIAN INSURANCE COMPANY, ESTABLISHED IN 1827, Appellant.

G. FRANK DAUGHERTY et al., Appellants.

(Submitted May 18, 1931; decided May 22, 1931.)

(See 255 N. Y. 415.)

Motion denied. The intention of the court was to permit the liquidation by the Superintendent of Insurance of claims of creditors filed with him before the lifting of the injunction and the settlement and entry of the judgment in accordance with the remittitur.